IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, on behalf of himself, his grandchildren, and all similarly situated, | ) ) ) ) | 8:12CV388 |
| Plaintiff, | ) ) | |
| v. | ) ) | **MEMORANDUM AND ORDER** |
| EPA, | ) ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On February 19, 2013, the court determined that Plaintiff had failed to allege sufficient facts to state a claim upon which relief could be granted. (Filing No. 5.) However, the court gave Plaintiff the opportunity to file an amended complaint. (*Id*. at CM/ECF pp. 4-5.) In doing so, the court warned Plaintiff that if he failed to file an amended complaint by March 19, 2013, his claims would be dismissed without further notice. (*Id*.) The court's March 19, 2013, deadline has passed and Plaintiff has failed to file an amended complaint. (*See* Docket Sheet.)

IT IS THEREFORE ORDERED that:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute this matter diligently and failed to comply with this court's orders.

2. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 25th day of March, 2013.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.